```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
EDUARDO REYES and CARLOS DUQUE,      :   10 Civ. 9525 (RA) (JCF)
                                     :
                                     :        O R D E R
              Plaintiffs,            :
                                     :
    - against -                      :
                                     :
CITY PETRO SERVICE CENTER, INC.,     :
INAM SATTI, an individual, and       :
MALIK TARIQ, an individual,          :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - :
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 3/13/13]

A hearing having been scheduled for March 13, 2013, at 2:00 p.m. to consider the fairness of the proposed settlement of this Fair Labor Standards Act case, and the <u>pro se</u> plaintiffs, who are not fluent in English, having failed to provide an interpreter, it is hereby ORDERED as follows:

1. The hearing is rescheduled for March 25, 2013, at 10:30 a.m. in courtroom 18-D at 500 Pearl Street, New York, NY.

2. Defendants' counsel has agreed to provide an interpreter fluent in Spanish and English.  Defendants' counsel shall provide notice of the hearing in Spanish to plaintiffs.

3. At the hearing, in addition to considering the fairness of the proposed settlement, I will also determine the amount of the lien to which plaintiffs' former attorneys are entitled under New

1

York Judiciary Law § 475. (Order dated Nov. 21, 2012). Accordingly, those attorneys shall appear and present evidence and argument that will assist in setting the lien.

SO ORDERED.

*[signature]*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        March 13, 2013

Copies mailed this date:

Eduardo Reyes
145 Nagle Ave., Apt. 3C
New York, NY 10040

Carlos Duque
1980 7th Ave., Apt. 2C
New York, NY 10026

Stephanos Zannikos, Esq.
Michael J. Borrelli, Esq.
Law Offices of Borelli & Associates
One Old Country Road, Suite 347
Carle Place, New York  11514

Robert J. Valli, Jr., Esq.
Valli Kane & Vagnini LLP
600 Old Country Road
Garden City, New York  11530

Jonathan M. Kashimer, Esq.
Vincent P. Nesci PC
4887 E. Main Street, # 325
Mount Kisco, NY 10549