```
UNITED STATES DISTRICT COURT                    (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :
EDUARDO REYES and CARLOS DUQUE,      :   10 Civ. 9525 (RA) (JCF)
                                     :
                                     :       REPORT AND
                    Plaintiffs,      :       RECOMMENDATION
                                     :
     - against -                     :
                                     :
CITY PETRO SERVICE CENTER, INC.,     :
INAM SATTI, an individual, and       :
MALIK TARIQ, an individual,          :
                                     :
                    Defendants.      :
- - - - - - - - - - - - - - - - - - :
```

TO THE HONORABLE RONNIE ABRAMS, U.S.D.J.:

For the reasons set forth on the record in open court on March 25, 2013, I recommend that the settlement of the plaintiffs' claims, including claims under the Fair Labor Standards Act, be accepted as fair and reasonable. I further recommend that the lien of plaintiffs' prior counsel, Borelli & Associates, be enforced in the amount of $9,000.00 in attorneys' fees and $1,000.00 in costs, with payment to be made from each periodic payment of the settlement amount according to the schedule established at the fairness hearing.

                              Respectfully Submitted,

                              /s/ James C. Francis IV
                              JAMES C. FRANCIS IV
                              UNITED STATES MAGISTRATE JUDGE

Dated:    New York, New York
          March 28, 2013

Copies mailed this date:

Eduardo Reyes
145 Nagle Ave., Apt. 3C
New York, NY 10040

Carlos Duque
1980 7th Ave., Apt. 2C
New York, NY 10026

Stephanos Zannikos, Esq.
Michael J. Borrelli, Esq.
Law Offices of Borelli & Associates
One Old Country Road, Suite 347
Carle Place, New York  11514

Robert J. Valli, Jr., Esq.
Valli Kane & Vagnini LLP
600 Old Country Road
Garden City, New York  11530

Jonathan M. Kashimer, Esq.
Vincent P. Nesci PC
4887 E. Main Street, # 325
Mount Kisco, NY 10549