```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

EDUARDO REYES, et al.,

                Plaintiffs,

-v-

CITY PETRO SERVICE CENTER, INC., et al.,

                Defendants.

------------------------------------------------------X

No. 10 Civ. 9525 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Before the Court is the March 28, 2013 Report and Recommendation ("R&R") of Magistrate Judge James C. Francis IV recommending that: (1) "the settlement of the plaintiffs' claims, including claims under the Fair Labor Standards Act, be accepted as fair and reasonable" and (2) "the lien of plaintiffs' prior counsel, Borelli & Associates, be enforced" per the terms set forth in the R&R. The Court has reviewed the R&R, to which no party has objected, and the transcript of the March 25, 2013 settlement hearing over which Judge Francis presided. Finding no clear error, it is hereby:

    ORDERED that the R&R is adopted in its entirety. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:     April 29, 2013
             New York, New York

                                                     _____
                                                     Ronnie Abrams
                                                     United States District Judge